UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SUNGJIN INC CO., LTD. and SUNGJIN INC VINA CO. LTD.,

                   Plaintiffs,

-against-

BAG STUDIO, LLC et al.,

                   Defendants.

------------------------------------- x

ORDER

19 Civ. 9496 (GBD)

GEORGE B. DANIELS, United States District Judge:

Counsel for Defendants Bag Studio, LLC and Kenneth Horowitz's request to file a proposed order to show cause seeking withdrawal as counsel of record, (ECF No. 16), is GRANTED.

Defendants Bag Studio, LLC and Kenneth Horowitz's time to file a response or an answer to the complaint, (ECF No. 16), is extended to February 4, 2020.

Dated: New York, New York
       December 16, 2019

SO ORDERED.

*signature*
GEORGE B. DANIELS
United States District Judge