**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SUNGJIN INC CO., LTD. and SUNGJIN INC VINA CO. LTD.,

     Plaintiffs,

-against-

BAG STUDIO, LLC et al.,

     Defendants.

------------------------------------- x

ORDER

19 Civ. 9496 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Clifford A. Katz of Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP is hereby relieved as counsel for Defendants Bag Studio, LLC and Kenneth Horowitz.

  Defendants' date to obtain new counsel and file a notice of appearance is due by March 20, 2020.

Dated: New York, New York
   March 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge