UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SUNGJIN INC CO., LTD. and SUNGJIN INC
VINA CO. LTD.,

                     Plaintiffs,

   -against-

BAG STUDIO, LLC et al.,

                     Defendants.

------------------------------------- x

ORDER

19 Civ. 9496 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

The March 24, 2020 initial conference is hereby cancelled, in light of this Court's referral of general pretrial matters to Magistrate Judge Gorenstein.

Dated: New York, New York
       March 3, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge