# PETER Y. LEE
## ATTORNEY AT LAW

| | |
|---|---|
| *733 Third Avenue | (212) 808-0716 Tel |
| 16th Floor | (212) 808-0719 Fax |
| New York, NY 10017 | Peter.Lee@LeeAdvocates.com |
| | |
| *UNTIL FURTHER NOTICE, | P.O. BOX 52 |
| PLEASE SEND ALL MAIL TO: | EDGEWATER, NJ 07020 |

April 6, 2020

Hon. Gabriel W. Gorenstein, U.S.M.J.
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: Sungjin Inc. Co., Ltd. vs. Itochu International Inc., et al.
S.D.N.Y. Civ. Action No. 1:19-cv-09496-GBD-GWG**

Dear Judge Gorenstein:

On behalf of plaintiff, we provide the accompanying declaration in accordance with Your Honor's order filed March 18, 2020 (ECF 43).

Under separate cover, we shall file plaintiff's second amended complaint, as originally proposed March 18, 2020 (ECF 42-1). We have incorporated ECF 43 in the second amended complaint.

We thank the Court for Your Honor's valuable consideration.

Respectfully,

/s/ Peter Y. Lee

PETER Y. LEE

PYL/ddh/enc.

Hon. Gabriel W. Gorenstein, U.S.M.J.
U.S. Courthouse
500 Pearl Street
New York, New York 10007
April 6, 2020
Page 2

**Re: Sungjin Inc. Co., Ltd., et ano. vs. Itochu International Inc., et al.
S.D.N.Y. Civ. Action No. 1:19-cv-09496-GBD-GWG**

cc:

Kenneth Horowitz
khorowitz77@gmail.com

Paul M. Kim, Esq.
Squire Patton Boggs (US) LLP
paul.kim@squirepb.com