**EXHIBIT 2**

Date : 2018/10/26

Dear Customer,

ITOCHU Corporation

Brand Marketing Department 3 Brand Marketing 12 Section

General Maneger : Toshiya Ishida

We, ITOCHU Corporation, would like to request the information on the outline of your company for the purpose of our internal procedures of customer registration.
In this connection, you are requested to fill out the form below mentioned and send us back together with a **certified copy of commercial registration** of your company.
If you have any question, please feel free to contact us.
Thank you very much in advance for kind understanding and cooperation on this matter.

| Company name | | Category of business | Date of establishment (yyyy/mm/dd) |
|---|---|---|---|
| SungJin INC Co., LTD | | Bag Manufacturer | 2004.10.15 |

| Address of head office (ZIP CODE : 02519) | Registerd office address* (ZIP CODE : 823900) |
|---|---|
| 23-20 Janghan-ro, 36-gil, Dongdaemungu-Seoul. | Binh Phu Quarter, Binh Chuan Ward, Thuan An Town, Binh Duong Province, Vietnam |

| Name of CEO | Date of birth of CEO (yyyy/mm/dd) | Capital Stock** | Shareholders' equity** (Net asset) | No. of employees |
|---|---|---|---|---|
| Park Yeungheum | 1965.08.10 | USD 123,000 | USD 23,300,000 | 3,724 |

| Annual turnover** | Account closing month | Main bank | | Main suppliers |
|---|---|---|---|---|
| USD 73,000,000 | 31 DEC | Bank | INDUSTRIAL BANK OF KOREA | LeeJo. UTX, WJ, Hongsung, ERE, YKK TW |
| | | A/C No. | [redacted] | |

| Name of parent company and/or subsidiaries (if any) *** | | Main buyers |
|---|---|---|
| NO | Parent company or Subsidiaries | VERA BRADLEY, SALOMON, CASE LOGIC |

| Corporate bankruptcy in the past *** | Became insolvent in recent accounting period *** |
|---|---|
| (NO) or YES | (NO) or YES |

| Company Name | Sung Jin Inc. |
|---|---|
| Title | Sales Director |
| Signature | |

\* No need to fill out if it is the same as "Address of Head office"
\*\* Please fill out with unit and currency
\*\*\* Please circle the appropriate

**Contact to :**  Tomoaki Naito
 E-Mail : naito@lesportsacinter.com
 Tel : +81-3-5413-8003    Fax : +81-3-5413-8004