UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNGJIN INC CO., LTD.,                          :
                                                       ORDER
                                    :
     Plaintiff,                                  19 Civ. 9496 (GBD) (GWG)
                                    :
  -v.-
                                    :
ITOCHU INTERNATIONAL INC., et al.,
                                    :

     Defendants.                      :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     If the defendants intend to move for a stay of discovery pending disposition of the motion to dismiss, the motion shall be filed by August 17, 2020.  Briefing shall be in accordance with paragraph 2.B of the Court's Individual Practices.  In the absence of the filing of such a motion, the Court will hold a conference pursuant to Fed. R. Civ. P. 16.

     SO ORDERED.

Dated: August 3, 2020
       New York, New York

                                                                                   GABRIEL W. GORENSTEIN
                                                                                 United States Magistrate Judge