# PETER Y. LEE
## ATTORNEY AT LAW

| | |
|---|---|
| *733 Third Avenue | (212) 808-0716 Tel |
| 16th Floor | (212) 808-0719 Fax |
| New York, NY 10017 | Peter.Lee@LeeAdvocates.com |
| | |
| *UNTIL FURTHER NOTICE, | P.O. Box 52 |
| PLEASE SEND ALL MAIL TO: | Edgewater, NJ 07020 |

September 22, 2020

Hon. Gabriel W. Gorenstein, U.S.M.J.   **MEMORANDUM ENDORSEMENT**
U.S. Courthouse
500 Pearl Street
New York, New York 10007

          **Re:**
    **Sungjin Inc. Co., Ltd. vs. Itochu International Inc., et al.**
    **S.D.N.Y. Civ. Action No. 1:19-cv-09496-GBD-GWG**

Dear Judge Gorenstein:

    I write pursuant to the direction of Judge Daniels, following oral argument today concerning the motion to dismiss of defendants Itochu International, Inc., Itochu Logistics (USA) Inc., and Le Sportsac, Inc. (the "Moving Defendants").

    Judge Daniels instructed the parties to notify your Honor that he is staying discovery in this case until January 19, 2021, or earlier, if he should rule that this case may proceed pursuant to a proposed amended complaint that he has granted plaintiff leave to apply to file.

    The stay of discovery moots the fully-briefed motion of the Moving Defendants to stay discovery, (ECF 73-78), which is pending before your Honor.

    Victor Genecin, counsel to the Moving Defendants, has reviewed and agrees with the contents of this letter. The parties join in thanking the Court for its consideration.

                        Respectfully,

                        /s/ Peter Y. Lee

                        PETER Y. LEE

PYL/ddh
cc: Victor Genecin, Esq.

**The motion to stay discovery (Docket # 74) is deemed withdrawn. The movant may reinstate the motion at any time by filing a letter on ECF so requesting.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 22, 2020**