UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNGJIN INC CO., LTD.,

       Plaintiff,

 -against-

KENNETH HOROWITZ, d/b/a BAG STUDIO, LLC;
LE SPORTSAC, INC.; ITOCHU INTERNATIONAL
INC.; ITOCHU LOGISTICS (USA) CORP.

       Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 8 2020

ORDER

19 Civ. 9496 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

 On or before October 22, 2020, Plaintiff Sungjin Inc Co., Ltd., shall submit a letter motion to the Court attaching a proposed amended complaint or informing that Plaintiff does not intend to submit further amendments to the complaint.

 On or before November 23, 2020, Defendants shall submit a letter response or opposition to Plaintiff's letter.

 Plaintiff may file any reply on or before December 3, 2020. No responsive pleading by Defendants is required until thirty (30) days after the reply.

 Discovery is stayed until January 19, 2021, or until a scheduling order is issued by Magistrate Judge Gorenstein.

 The Clerk of Court is directed to close the letter motion at ECF No. 85 accordingly.

Dated: New York, New York
   September 28, 2020

             SO ORDERED.

             *George B Daniels*
             GEORGE B. DANIELS
             United States District Judge