UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNGJIN INC CO., LTD.,                                      :
                                        ORDER
                                     :
      Plaintiff,                                                       19 Civ. 9496 (GBD) (GWG)
                                   :
  -v.-
                                   :
ITOCHU INTERNATIONAL INC., et al.,
                                   :
      Defendants.                                         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The deadlines in this matter are adjourned <u>sine die</u>. The parties shall file a jointly-composed status letter on or before May 13, 2021, that contains either (1) a proposal (or separate proposals) for the remaining deadlines in the case or (2) an explanation of why it is premature to set such deadlines (accompanied by a proposal for a due date for a new status letter).

      SO ORDERED.

Dated: April 23, 2021
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge