UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNGJIN INC CO., LTD.,

                        Plaintiff,

            -against-

KENNETH HOROWITZ, d/b/a BAG STUDIO,
LLC,

                      Defendants.
------------------------------------------------------------X

19 CIVIL 9496 (GBD)(GWG)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 7, 2022, having reviewed the Report for clear error and finding none, Magistrate Judge Gorenstein's Report and Recommendation is ADOPTED in full. As outlined in the Report, Plaintiff was ordered to show cause by June 29, 2021 why Magistrate Judge Gorenstein should not recommend that the case be dismissed for failure to prosecute. As of the date of the opinion, Plaintiff has made no submission in response to that order. Plaintiff has had ample time to show cause for why this case should not be dismissed and has failed to do so. The complaint is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); accordingly, the case is closed.

**Dated:** New York, New York
         March 7, 2022

                                                                 RUBY J. KRAJICK

                                                                  Clerk of Court
                                    BY:
                                                                    Deputy Clerk